# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERANOSH KHOSHABA,<br><br>        Plaintiff,<br> v.<br><br>FILTRONA EXTRUSION USA, INC.<br><br>        Defendant. | FILED: MAY 13, 2008<br>08CV2766   Case No. __TG__<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE VALDEZ<br><br>Removed from the Circuit Court of Cook County, Case No. 08-L-003365 |

### DEFENDANT FILTRONA EXTRUSION USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of this Court, Defendant Filtrona Extrusion USA Inc., by and through its undersigned attorneys, states that Filtrona PLC is the parent corporation of Defendant Filtrona Extrusion USA Inc.  Defendant Filtrona Extrusion USA Inc. has no public shareholders.

Dated:  May 13, 2008

        EIMER STAHL KLEVORN & SOLBERG LLP

        By /s/ Andrew G. Klevorn_____

        Andrew G. Klevorn
        Michael B. MacKenzie
        Eimer Stahl Klevorn & Solberg LLP
        224 S. Michigan Avenue
        Suite 1100
        Chicago, IL  60604
        (312) 660-7600 (Telephone)
        (312) 692-1718 (Facsimile)
        aklevorn@eimerstahl.com
        mmackenzie@eimerstahl.com

        *Attorneys for Defendant*
        *Filtrona Extrusion USA, Inc.*

## CERTIFICATE OF SERVICE

    I, Andrew G. Klevorn, an attorney, hereby certify I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF FILTRONA EXTRUSION USA, INC. to be served upon all parties listed below by messenger on this 13th day of May, 2008.

    Terence J. Moran, Esq.
    Hughes Socol Piers Resnick & Dym, Ltd.
    70 West Madison Street, Suite 4000
    Chicago, Illinois  60602

    Attorney for Heranosh Khoshaba

    /s/ Andrew G. Klevorn
    Andrew G. Klevorn