UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HERANOSH KHOSHABA,<br><br>   Plaintiff,<br>v.<br><br>FILTRONA EXTRUSION USA, INC.<br><br>   Defendant. | Case No. 08-CV-2766<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Maria Valdez |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on May 19th, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Filtrona Extrusion USA, Inc. Answers to Complaint, a copy of which is attached hereto.

Respectfully submitted,

By:   /s/ Andrew G. Klevorn
      Andrew G. Klevorn
      Michael B. MacKenzie
      Eimer Stahl Klevorn & Solberg LLP
      224 S. Michigan Avenue, Suite 1100
      Chicago, Illinois 60604
      (312) 660-7600

      Joseph W. Hammell
      Jessie A. Collings
      Dorsey & Whitney LLP
      50 South Sixth Street, Suite 1500
      Minneapolis, MN 55402-1498
      (612) 340-7897

Attorneys for Filtrona Extrusion USA, Inc.