**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| |

| CITY/STATE/ZIP |
|---|
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HERANOSH KHOSHABA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2766 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| FILTRONA EXTRUSION, USA, INC. | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**To:**   Andrew G. Klevorn
Michael B. MacKenzie
Eimer Stahl Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Wednesday, May 21, 2008, the undersigned caused plaintiff's APPEARANCE to be filed with the Clerk of the United States District Court of Illinois, Eastern Division, a copy of which is attached hereto and served upon you herewith.

The undersigned certifies that he caused a copy of this notice and the foregoing APPEARANCE to be served by electronic mail upon counsel as identified above on this 21st day of May, 2008.

s/     Terence J. Moran
Attorney for Plaintiff


Terence J. Moran, Esq.
**HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
70 West Madison Street-Suite 4000
Chicago, IL  60602
(312) 580-0100 (main line)
(312) 604-2640 (direct dial)