**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2766 |
| HERANOSH KHOSHABA, Plaintiff | Judge Gottschall |
| | Magistrate Judge Valdez |
| v. | |
| FILTRONA EXTRUSION USA, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILTRONA EXTRUSION USA, INC.

| | |
|---|---|
| NAME (Type or print) | |
| Adam B. Deutsch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Adam B. Deutsch | |
| FIRM | Eimer Stahl Klevorn & Solberg LLP |
| STREET ADDRESS | 224 South Michigan Avenue, Suite 1100 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6236969 | 312-660-7600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐