UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERANOSH KHOSHABA,<br><br>                        Plaintiff,<br>v.<br><br>FILTRONA EXTRUSION USA, INC.<br><br>                        Defendant. | Case No. 08-CV-2766<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Maria Valdez |

**JOINT INITIAL STATUS CONFERENCE REPORT**

In advance of, and in preparation for, the Initial Status Conference in the above-referenced matter on July 23, 20008, at 9:30 a.m., the parties hereby submit this Joint Initial Status Conference Report, outlining the matters set forth in the Court's Case Management Packet with respect to the Conference.

1. **Nature and Scope of Case**

Plaintiff in this case, Heranosh Khoshaba, alleges that she was discharged in retaliation for exercising her rights under the Illinois Workers' Compensation Act. Defendant Filtrona Extrusion USA, Inc. denies Plaintiff's allegations or that she was discriminated or retaliated against in any way.

2. **Settlement Opportunities**

The parties have not yet discussed settlement at any length. Some initial discovery is required for the parties to ascertain potential settlement opportunities in the matter.

3. **Reassignment of Case to Magistrate Judge**

The parties do not consent to the reassignment of the case to a magistrate judge.

4.  **Initial Discovery Parameters**

The parties anticipate that fact discovery in the case should take approximately six months. Each side contemplates taking approximately 5-10 depositions, depending upon information learned during discovery. At this point, the parties do not contemplate requiring expert witnesses, but reserve their right to use such witnesses if the need arises throughout the course of discovery.

5.  **Future Conferences and Motions**

At this point, the parties are not aware of future conferences or motion hearings that need to be scheduled.

Dated: July 17, 2008

Respectfully submitted,

HUGHES SOCOL PIERS RESNICK & DYM, LTD.

By: _____/s/ Terence J. Moran_____
    Terence J. Moran
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
3 12-580-0100
3 12-580-1994

Attorney for Plaintiff Heranosh Khoshaba

EIMER STAHL KLEVORN & SOLBERG LLP

By:_____/s/ Adam B. Deutsch_____
    Andy G. Klevorn
    Adam B. Deutsch
    Michael B. MacKenzie
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600 (Telephone)
(312) 692-1718 (Facsimile)
Firm No. 37647

and

DORSEY & WHITNEY LLP
    Joseph W. Hammell (admitted *pro hac vice*)
    Jessie A. Collings (admitted *pro hac vice*)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-7897
Facsimile: (612) 340-2868

Attorneys for Defendant Filtrona Extrusion USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically transmitted the foregoing **Joint Initial Status Conference Report** to the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

Terence J. Moran, Esq. (tmoran@hsplegal.com)
Hughes Socol Piers Resnick & Dynn, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602

Attorney for Heranosh Khoshaba

/s/ Adam B. Deutsch