UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERANOSH KHOSHABA,<br><br>                Plaintiff,<br>v.<br><br>FILTRONA EXTRUSION USA, INC.<br><br>                Defendant. | Case No. 08-CV-2766<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Maria Valdez |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on July 17, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Joint Initial Status Conference Report**, a copy of which is attached hereto.

Respectfully submitted,

By:    /s/ Adam B. Deutsch
           Andrew G. Klevorn
           Michael B. MacKenzie
           Eimer Stahl Klevorn & Solberg LLP
           224 S. Michigan Avenue, Suite 1100
           Chicago, Illinois 60604
           (312) 660-7600

           Joseph W. Hammell
           Jessie A. Collings
           Dorsey & Whitney LLP
           50 South Sixth Street, Suite 1500
           Minneapolis, MN 55402-1498
           (612) 340-7897

Attorneys for Filtrona Extrusion USA, Inc.